

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER:

## 02-60635

LIZ ORDONEZ

       Plaintiff,

Fla. Bar No.: 124324,

vs.

EXTERIOR EXPRESSIONS OF
FLORIDA, LLC., , a foreign corporation,
and THE ASHLEY GROUP, INC.,  a
Florida corporation,

MAGISTRATE JUDGE

       Defendants.

_____/

## COMPLAINT

PLAINTIFF, **LIZ ORDONEZ,** by and through undersigned counsel sues the

Defendants, **EXTERIOR EXPRESSIONS OF FLORIDA, LLC.,** a  foreign corporation, and

**THE ASHLEY GROUP, INC.,** a Florida corporation,  and states:

    1.    This is an action for infringement of copyright pursuant to Title 17, United States

Code.

    2.    Jurisdiction is founded upon Title 28, United States Code.

    3.    At all times material hereto Plaintiff, LIZ ORDONEZ, was and is a professional

photographer.

    4.    At all times material hereto, Defendant, EXTERIOR EXPRESSIONS OF FLORIDA,

LLC., was a foreign corporation  licensed to do and doing business in the state of Florida.

    5.    At all times material hereto, Defendant,  THE ASHLEY GROUP, INC.,  was a

Florida Corporation, licensed to do and doing business in the state of Florida.

1



6.      Plaintiff, LIZ ORDONEZ created the photographic images attached hereto as Exhibit "A".

7.      The photographic images created by Plaintiff are wholly original creative works and are such copyrightable subject matter under the laws of the United States.

8.      That since the creation of said photographic images, Plaintiff has been and still is the proprietor of all rights, title and interest in and to the copyrightable rights of said photographic images.

9.      That prior to the institution of this action, Plaintiff complied in all respects with Title 17, United States Code and all other laws governing copyright registration, by registering with the Registrar of Copyrights, Library of Congress and by complying with all statutory deposit requirements of Title 17, USC, §407. A copy of the Certificate of Registration Application is attached hereto as Exhibit "B".

**COUNT I**
**COPYRIGHT INFRINGEMENT AGAINST**
**EXTERIOR EXPRESSIONS OF FLORIDA, LLC.**

Plaintiff readopts and realleges the above paragraphs as if fully set forth herein and further alleges:

10.     Defendant, EXTERIOR EXPRESSIONS OF FLORIDA, LLC., without permission or authorization from Plaintiff, did make use of the subject photographic image(s).

11.     Defendant, EXTERIOR EXPRESSIONS OF FLORIDA, LLC., infringed upon Plaintiff's copyright rights by causing advertisements to be published containing Plaintiff's photographic images. A sampling of the infringement is attached hereto as Exhibit "A".

WHEREFORE, Plaintiff demands:

2

(a).    That Defendant, its agents and servants, be enjoined during the pendency of this action and permanently from infringing upon said copyright rights of Plaintiff in any matter and from further use of Plaintiff's photographic images.

(b).    That Defendant be required to pay to Plaintiff such damages as Plaintiff has sustained in consequence of Defendant's infringement of said copyright and to account for:

> All gains, profits and advantages derived by Defendant, in its infringement of Plaintiff's copyright or such damages as the Court may deem proper within the provisions of the copyright statutes.

(c).    That Defendant be required to deliver up to be impounded during the pendency of this action all copies of materials in its possession or under its control and to deliver up for destruction all infringing copies and all plates.

(d).    That Defendant be required to pay to Plaintiff the costs of this action and reasonable attorney's fees to be allowed to the Plaintiff by this Court.

(e).    That Plaintiff have such other and further relief as is just.

## COUNT II
## COPYRIGHT INFRINGEMENT AGAINST
## THE ASHLEY GROUP, INC.

Plaintiff readopts and realleges the above paragraphs as if fully set forth herein and further alleges:

12.    Defendant, THE ASHLEY GROUP, INC., without permission or authorization from Plaintiff, did make use of the subject photographic image(s).

13.    Defendant, THE ASHLEY GROUP, INC., infringed upon Plaintiff's copyright rights by causing advertisements to be published containing Plaintiff's photographic images.  A sampling of the infringement is attached hereto as Exhibit "A".

3

WHEREFORE, Plaintiff demands:

(a).    That Defendant, its agents and servants, be enjoined during the pendency of this action and permanently from infringing upon said copyright rights of Plaintiff in any matter and from further use of Plaintiff's photographic images.

(b).    That Defendant be required to pay to Plaintiff such damages as Plaintiff has sustained in consequence of Defendant's infringement of said copyright and to account for:

All gains, profits and advantages derived by Defendant, in its infringement of Plaintiff's copyright or such damages as the Court may deem proper within the provisions of the copyright statutes.

(c).    That Defendant be required to deliver up to be impounded during the pendency of this action all copies of materials in its possession or under its control and to deliver up for destruction all infringing copies and all plates.

(d).    That Defendant be required to pay to Plaintiff the costs of this action and reasonable attorney's fees to be allowed to the Plaintiff by this Court.

(e).    That Plaintiff have such other and further relief as is just.

DATED this _15t_ day of May, 2002.

> **JOHN B. OSTROW, P.A.**
> Counsel for Plaintiff
> 201 South Biscayne Boulevard
> Suite 1380, The Miami Center
> Miami, Florida 33131
> TEL: (305) 358-1496
> FAX: (305) 371-7999
>
>
> _____ for
> JOHN B. OSTROW, ESQUIRE
> Florida Bar Number: 124324

4

CAN BECOME

A REALITY...





"BUILDING REPUTATION ON
RECOMMENDATIONS"

# EXTERIOR EXPRESSIONS
## HARDSCAPE CONSTRUCTION

NATURAL AND SYNTHETIC STONE • WATER FEATURES • PRECAST • BOULDERS

6440 Garden Rd. • Riviera Beach, FL 33404
Telephone (888) 805-8437 • (561) 844-8437
Fax (561) 844-8408 • FLEXTEXP@Bellsouth.net



page 167



EXHIBIT

A



# ...ATE OF REGISTRATION

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

RE **VAu 509 - 047**

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|-------|-----|------|
| 12 | 4 | 00 |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**
HSC00A

**NATURE OF THIS WORK ▼** See instructions
Photographs

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give:   Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

---

**NAME OF AUTHOR ▼**
Liz Ordoñez-Dawes

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1966      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ Honduras
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☒ No
Pseudonymous?   ☐ Yes   ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☒ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2000 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶      Day ▶      Year ▶

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Liz Ordoñez-Dawes
400 NW 28 Street
Wilton Manors, FL 33311

APPLICATION RECEIVED
DEC 04 2000
ONE DEPOSIT RECEIVED
DEC 04 2000
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

**EXHIBIT B**

EXAMINED BY **gmc**

CHECKED BY

☐ CORRESPONDENCE
 **Yes**

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼          **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Liz Ordoñez-Dawes
402 NW 28 Street
Wilton Manors, FL 33311

**Area Code and Telephone Number ▶ (954) 561· 0177**

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the
check only one ▼

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
         **Name of author or other copyright claimant, or owner of exclusive right(s) ▲**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.

Liz Ordoñez-Dawes          **Date▶  11/20/00**

Handwritten signature (X) ▼

Liz Ordoñez-Dawes

Liz Ordoñez-Dawes
402 NW 28 Street
Wilton Manors, FL 33311

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable $20 filing fee    $30
   in check or money order
   payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

*Copyright person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

*41 pieces*

Copyright Registration

Title of this work:  113000A
Photos included:

Ultimate Door:  Tootle front door twilight
Marimon: front dbl doors balcony
Marimon: rear elevation
35mm 7 slides: Gordon, Soman, Beck, Reyes, Cohen
Soman- breakfast area
Chabli- interior
Betancourt- exterior door full radius

Happy & Healty- trail mix w/ bags & without bags

Joe O'Donnell: six 4x5 exterior private residences in Rochester
              seven 35mm slides

→ Rene Alonso- front elevation Palm Beach home at twilight  *249 Seabreeze DR., Palm Beach,*

PlayNation Play Systems of Miami: Two 4x5, twilight gazebo & daytime white gazebo

Morgan Price Co.  4x5 Terrace at BlueSky twilight
              seven 35mm slides of gazebo & tile details

Rusty LaScala: Three 4x5 transparencies of Piano, Living room vignette & table top vignette
with china, crystal, etc. plus eight 35 mm slides -closeup details of above images

Reef Sculptures- 4x5 theme room & six 35 mm images of sculptures

Rita Perez, 4x5 Sharpton kitchen

Brad Gibson, Audio Video Creations. 4x5 Aboud family room w/ Safari motiff

The Closet Co. 4x5 closet

Gulf Coast Marble & Granite- Servio: two 4x5 fireplace in living room & kitchen plus
thirteen 35 mm slides of dif. models- fireplace, bathrooms, kitchens, bar

National Car Center at Sunrise 4x5

Stan Michelson Architects: Six 4x5 images of Shoppes of Parkland exterior daytime, plus
35 mm details of same

CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I (a) PLAINTIFFS**

LIZ ORDONEZ

**DEFENDANTS** 02-60635

EXTERIOR EXPRESSIONS OF FLORIDA, LLC a foreign corporation, and THE ASHLEY GROUP, INC, a Florida corporation

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _Miami-Dade_
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Broward
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

John B. Ostrow, P.A.
201 South Biscayne Boulevard
Suite 1380, Miami, FLorida 33131

ATTORNEYS (IF KNOWN)
MAGISTRATE JUDGE
SELTZER

**(d) CIRCLE COUNTY WHERE ACTION AROSE:**
DADE, MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN X IN ONE BOX ONLY)

- ☐ 1. U.S. Government Plaintiff
- ☒ 2. Federal Question (U.S. Government Not a Party)
- ☐ 2. U.S. Government Defendant
- ☐ 4. Diversity

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only)

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Copyright Infringement Pursuant to Title 17 USC

**IVa.** ____ days estimated (for both sides) to try entire case

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

**VII. REQUESTED IN COMPLAINT** CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P. 23   DEMAND $

**VIII. RELATED CASE(S) IF ANY** (See instructions):   JUDGE ____   DOCKET NUMBER

DATE 5/1/02

SIGNATURE OF ATTORNEY OF RECORD 862346   05/07/02

UNITED STATES DISTRICT COURT

Amount $150.00